UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALMA C. JOHNSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; NBS DEFAULT SERVICES, LLC; and DOES 1-20, Inclusive,<br><br>Defendants. | CASE NO.: 2:16-cv-04321-BRO-AJW<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. Beverly Reid O'Connell*] |

On September 8, 2016, the Court entered an Order granting the Motion to Dismiss the First Amended Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB dismissing the First Amended Complaint in its entirety.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Request for Judicial Notice is GRANTED;

2. The First Amended Complaint is dismissed, as to all causes of action, with prejudice;

1      3.     Judgment is entered in favor of defendant WELLS FARGO BANK,

3  DATED:   September 14, 2016

                                   HON. BEVERLY REID O'CONNELL
                                   UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action.  I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California  91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

| *Attorneys for Plaintiff*<br>*Alma C. Johnson*<br><br>Mark A. Gomez, Esq.<br>Ashlie E. Fox , Esq.<br>Stuart R. Simone, Esq.<br>GOMEZ & SIMONE PC<br>3055 Wilshire Blvd., Suite 1200<br>Los Angeles, CA 90010<br><br>Tel: 855.219.3333 | Fax: 818.574.6730<br>Email: info@gomezsimonelaw.com | Courtesy Copy by Mail to:<br><br>*Attorneys for Defendant*<br>*NBS Default Services, LLC*<br><br>Stephen Hicklin, Esq.<br>BUCKLEY MADOLE, P.C.<br>301 E. Ocean Dr., Suite 1720<br>Long Beach, CA 90802<br><br>Tel. | Fax: (562) 983-5363<br>Email: stephen.hicklin@buckleymadole.com |
|---|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  This declaration is executed in Pasadena, California on **September 12, 2016.**

| Rachelle Guillory | */s/ Rachelle Guillory* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |